NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

JOSHUA O. MAUSNER (Cal. Bar No. 260251)
Assistant United States Attorney, National Security Division
1500 United States Courthouse, 312 North Spring Street
Los Angeles, CA 90012
joshua.mausner@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 25-CR-00691-AB |
| v. | |
| DAVID RAYMOND BROWN | **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☑ plaintiff ☐ defendant ___United States of America___
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge ___Karen L. Stevenson___ by order dated: ___November 14, 2025___

    ☐ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☑ ordering release upon certain conditions, or
    ☐ denying detention.

    ☐ A hearing is being sought before Magistrate Judge _____ as there is new information to be presented that was not considered by the previous judicial officer; or

    ☑ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Review and reconsideration of Magistrate Judge's order granting reconsideration of prior order of detention and releasing defendant upon satisfaction of conditions of bond, given extensive evidence presented at the detention hearings that defendant is a significant flight risk, a danger to the community, not amendable to pretrial supervision, and obstructed and attempted to obstruct justice, including by making false statements to courts.

Counsel for the defendant and plaintiff United States Government consulted on ___October 30, 2025___
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☐ AUSA ☑ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on ___October 30, 2025___.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

___November 14, 2025___             /s/ Joshua O. Mausner
Date                              Moving Party