# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:25-cr-00691-AB | Date: | January 9, 2025 |
|---|---|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Interpreter: | None |
|---|---|

| Evelyn Chun | Jennifer Coulthard | Joshua Omrani Mausner |
|---|---|---|
| *Deputy Clerk* | *Court Reporter via Zoom* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| David Raymond Brown | √ | √ | | Katherine McBroom | √ | √ | |

**Proceedings:**   **GOVERNMENT'S APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) [29] (Held and Completed)**

Also present is United States Probation and Pretrial Services Officer, Fatima Vasquez.

The case is called and counsel state their appearances. The matter is before the Court following the Government's Application for Review or Reconsideration of Order Setting Conditions of Release or Detention (Dkt. No. 29).

The Court has reviewed and considered the report submitted by Pretrial Services. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. The Court GRANTS the government's application without prejudice. The Court finds that there is no condition or combination of conditions that would reasonably assure the appearance of the defendant if defendant were released. Defendant is ORDERED to remain in custody pending trial in this matter.

IT IS SO ORDERED.

cc: USPPO

: 39

Initials of Deputy Clerk   EVC